United States District Court
Southern District of Texas
**ENTERED**
December 07, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BENJAMIN MANU | § | |
| on behalf of himself, | § | NO: 4:17-cv-01181 |
| individually and ALL OTHERS | § | |
| SIMILARLY SITUATED | § | |
| Plaintiff, | § | |
| v. | § | JURY DEMANDED |
| | § | |
| NIAGRA BOTTLING LLC. | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Plaintiff Benjamin Manu, and Defendant Niagra Bottling LLC., having stipulated to the dismissal with prejudice of all claims in this lawsuit, it is accordingly,

ORDERED and ADJUDGED that all claims against Niagra Bottling LLC in this lawsuit shall be, and hereby are, DISMISSED WITH PREJUDICE, with each party to bear his or its own costs of court and attorneys' fees.

SIGNED this 7th day of December, 2018.

_____
THE HONORABLE ALFRED H BENNETT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS